IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RUBY MORALES                                                                                    PLAINTIFF

V.                                    Case No. 12-5211

CAROLYN COLVIN,
Acting Commissioner of the Social Security Administration              DEFENDANT

## O R D E R

On this 17th day of April, 2014, comes on for consideration the Report and Recommendation of United States Magistrate Erin L. Setser, dated March 17, 2014, (Doc. 14) regarding the Motion for Attorney's Fees (Doc. 11) filed by Plaintiff's counsel.  More than 14 days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

For the reasons set forth in the Report and Recommendation, the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for: 1.20 attorney hours at a rate of $180.00 per hour, 3.15 attorney hours at a rate of $183.00, 22 law clerk hours at a rate of $50.00 per hour, plus $350.00 in costs, for a total attorney's fee award of $2,242.45.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406, in order to prevent double recovery by counsel for the Plaintiff.

IT IS SO ORDERED.

        /s/ Timothy L. Brooks
        TIMOTHY L. BROOKS
        UNITED STATES DISTRICT JUDGE